for further consideration in light of *United States* v. *Leon, ante,* p. 897.

No. 83–1431. McDANIEL ET AL. *v.* GEORGIA ASSOCIATION OF RETARDED CITIZENS ET AL.; and

No. 83–1451. BOARD OF PUBLIC EDUCATION FOR THE CITY OF SAVANNAH AND THE COUNTY OF CHATHAM ET AL. *v.* GEORGIA ASSOCIATION OF RETARDED CITIZENS ET AL. C. A. 11th Cir. Motion of National School Boards Association et al. for leave to file a brief as *amici curiae* in No. 83–1431 granted. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Smith* v. *Robinson, ante,* p. 992. Reported below: 716 F. 2d 1565.

No. 83–1535. IMMIGRATION AND NATURALIZATION SERVICE *v.* OLIVAS-MONORREZ. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *INS* v. *Lopez-Mendoza, ante,* p. 1032.

No. 35, Orig. UNITED STATES *v.* MAINE ET AL. Exceptions to the Report of the Special Master are set for oral argument in due course. [For earlier order herein, see, *e. g.*, 465 U. S. 1018.]

No. 81–1859. ILLINOIS *v.* LAFAYETTE, 462 U. S. 640. Motion of respondent for leave to proceed *in forma pauperis* granted. Respondent's petition for writ of error *coram nobis* to vacate the judgment in this case denied. JUSTICE MARSHALL, JUSTICE REHNQUIST, and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.